UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No.: 06-cr-20238

KEVIN BRIAN BROWN,                                  Hon. Patrick J. Duggan

    Defendant.
_____/

## ORDER TERMINATING SUPERVISED RELEASE

For the reasons stated on the record at a hearing held December 15, 2009:

**IT IS HEREBY ORDERED** that Defendant's Supervised Release is terminated.

**SO ORDERED.**


    **S/Patrick J. Duggan**
    **Patrick J. Duggan**
    **United States District Judge**

**Dated:  December 17, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2009, by electronic and/or ordinary mail.**

    **S/Marilyn Orem**
    **Case Manager**